IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE MURRAY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 09-1270 |
| DOLLAR TREE STORES, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 10th day of September, 2009, upon consideration of Defendant Dollar Tree Stores, Inc.'s Motion for Summary Judgment (Doc. No. 6), and the Response thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE